IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:07CR78-1 |
| JAMES WESLEY WILDS | : | |

The Grand Jury charges:

On or about January 23, 2007, in the County of Durham, in the Middle District of North Carolina, JAMES WESLEY WILDS unlawfully did have in his possession approximately 45 pieces of United States mail, which had been stolen, taken, embezzled and abstracted from and out of an authorized depository for mail matter, knowing the same to have been stolen, taken, embezzled and abstracted; in violation of Title 18, United States Code, Section 1708.

A TRUE BILL:

_____
FOREPERSON

_____
MICHAEL A. DeFRANCO
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY