IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:07CR78-1
:
JAMES WESLEY WILDS :

FACTUAL BASIS

NOW COMES the United States of America, by and through Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., state as follows:

On January 23, 2007, at approximately 11:27 a.m., the Durham Police Department received a call reporting that black male and a black female were observed removing mail from mailboxes near University Drive. The caller also provided a description of the subjects. At approximately 11:51 a.m., the police department received a second call reporting the same activity.

A short time later, officers apprehended two individuals matching the suspects' descriptions near University Drive and Forest Hills Park. The males suspect, JAMES WESLEY WILDS, had in his possession several items of mail from nearby residences.

This the 9th day of May 2007.

        Respectfully submitted,

        ANNA MILLS WAGONER
        United States Attorney


        MICHAEL A. DEFRANCO
        Assistant United States Attorney
        NCSB #23072

          P. O. Box 1858
          Greensboro, NC 27402
          336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:07CR78-1 |
| | : | |
| JAMES WESLEY WILDS | : | |

CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2007, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William C. Ingram, Esq.
Assistant Federal Public Defender
301 North Elm Street, Suite 410
Greensboro, NC 27401

                                      /S/ MICHAEL A. DeFRANCO
                                      Assistant United States Attorney
                                      NCSB #23072
                                      United States Attorney's Office
                                      Middle District of North Carolina
                                      P.O. Box 1858
                                      Greensboro, NC  27402
                                      Phone:  336/333-5351